No. 98–1696.  UNITED STATES *v.* JOHNSON.  C. A. 6th Cir.  Certiorari granted.  Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, October 22, 1999.  Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, November 19, 1999.  A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m.,

Wednesday, December 1, 1999. This Court's Rule 29.2 does not apply.